IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 09-cr-00427-WYD

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1.     DERICK LAMAR WILLIAMS-BERRIEN,

       Defendant.

## ORDER

THIS MATTER is before the Court on the Motion for Reduction of Sentence Pursuant to Rule 35(b)(2)(A) and §5K1.1, filed by the United States on April 13, 2012 [ECF No. 53]. Therein, the United States requests that I enter an Order reducing Defendant's sentence from a term of imprisonment of 57 months, to a sentence of 47 months based on Defendant's cooperation and substantial assistance with internal investigations with the Bureau of Prisons. The United States contends that the information and assistance provided by Defendant involved events occurring on or after October 12, 2011, and did not come to the attention of the government until over one year following Defendant's original sentencing.

By way of background, I note that Defendant pled guilty to Count 1 (robbery affecting commerce and aiding and abetting in violation of 18 U.S.C. § 1951(a) and (2), and Count 2 (bank robbery in violation of 18 U.S.C. § 2113(a)) of the Information, and was sentenced on September 30, 2010, to a term of incarceration in the custody of the

Bureau of Prisons for fifty-seven (57) months on Count 1 and fifty-seven months (57) on count 2, to run concurrently.  Judgment entered on October 12, 2010.  Pursuant to Fed. R. Crim. P. 35(b)(2)(A), I may reduce a sentence for substantial assistance upon the government's motion made more than one year after sentencing, based on information not known to the defendant until one year or more after sentencing.

I have reviewed the instant motion and the file in this case and find that the motion should be and hereby is **GRANTED.**  Therefore, it is hereby

ORDERED that the total term of Defendant's sentence in this matter shall be reduced from a sentence of fifty-seven (57) months with respect to Counts 1 and 2, running concurrently, to a term of imprisonment of forty-seven (47) months, with respect to Counts 1 and 2, again to run concurrently.

Dated:  April 19, 2012

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief United States District Judge