**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore**


Criminal Case No. 09-cr-00427-RM

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  DERICK LAMAR WILLIAMS-BERRIEN,

      Defendant.

---

**ORDER SETTING
SUPERVISED RELEASE VIOLATION HEARING**

---

THIS MATTER comes before the Court following the transfer of this case to this Court

from the Honorable Wiley Y. Daniel (ECF No. 67). Pending in this case is an alleged supervised

release violation based on conduct which forms the basis of the charges already before this Court

in Criminal Case No. 13-cr-00190-RM. The latter case is already set for sentencing before this

Court on September 9, 2013 at 9:00 a.m. In the motion requesting reassignment of this matter

from Judge Daniel to this Court, counsel for defendant requested that the revocation hearing be

set to follow the sentencing in 13-cr-00190-RM. Accordingly, it is

ORDERED that a hearing on defendant's alleged violation of supervised release is set in this matter for September 9, 2013, to follow immediately after sentencing in 13-cr-00190-RM.

DATED this 26th day of August, 2013.

BY THE COURT:

_____

RAYMOND P. MOORE
United States District Judge